# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN LAMARTINA

VERSUS

WYNNE, GOUX, & LOBELLO,
ATTORNEYS AT LAW, L.L.C.,
VINCENT F. WYNNE, JR., ESQ.
AND SHANNON K. LOWRY, ESQ.

NO. 2022 CA 0290

**SEPTEMBER 23, 2022**

---

In Re:   John LaMartina, applying for rehearing, 22nd Judicial
         District Court, Parish of St. Tammany, No. 2017-10319.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

   **APPLICATION FOR REHEARING GRANTED; APPEAL REINSTATED.** We
hereby reinstate the appeal.  New briefing delays are to be set
by this court's Clerk's Office.  If applicable, appellant must
file separate motions for reinstatement of the right to oral
argument and the right to file a reply brief.

                              **PMc**
                              **JEW**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT